PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-po-00265-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
|  | ) BENCH TRIAL AND SET CHANGE OF |
| v. | ) PLEA |
| WESTLY BROOKS, | ) DATE:  November 18, 2021 |
|  | ) TIME:  11:00 a.m. |
| Defendant. | ) JUDGE: Hon. Carolyn K. Delaney |

| UNITED STATES OF AMERICA, | ) 2:21-po-00332-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| VINCENT REYES, | ) |
| Defendant. | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench

STIPULATION AND [PROPOSED] ORDER        1              U.S. v. VINCENT REYES

trial on November 18th, 2021 at 11:00 a.m.

2.   By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea on November 18th, 2021 at 11:00 a.m.

IT IS SO STIPULATED.

DATED: November 16, 2021         PHILLIP A. TALBERT
                                 Acting United States Attorney

                            By:  */s/ John Scanlon*
                                 JOHN E. SCANLON
                                 Special Assistant U.S. Attorney


                                 */s/ Vincent Reyes*
                                 VINCENT REYES
                                 Defendant (Pro Se)
                                 (*Approved via email on 11/15/21*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea is set for November 18th, 2021 at 11:00 a.m.

FOUND AND ORDERED

Dated:   November 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE